IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROY LEE CLEMMENTS ) | |
| ) | |
| v.  ) | 3-08-CV-1884-K |
| ) | |
| NATHANIEL QUARTERMAN, ) | |
| Director, Texas Department of ) | |
| Criminal Justice Correctional ) | |
| Institutions Division ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed objections on April 15, 2009, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Petitioner's Objections are **OVERRULED**.

The Court adopts the Findings, Conclusions and Recommendation of the United States Magistrate Judge, as the Findings and Conclusions of the Court.

SO ORDERED.

Signed this 16th day of April, 2009.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE